AO91 (Rev. 8/01) Criminal Complaint

United States Magistrate Court
DSO-SDTX
FILED
SEP 15 2014 2B

David J. Bradley, Clerk
Laredo Division

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| BRENDA ELIZA FLORES | Case Number: 5:14mj1191 |
| Laredo, Texas | |
| United States | |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2014** (Date) in **Rio Bravo, Texas**  **Webb** County, in the **Southern** District of **Texas**, **BRENDA ELIZA FLORES** defendant(s),

a citizen of the United States, did knowingly or in reckless disregard of the fact that Mexican Nationals Rafael MOLINA-Pedregal, Arturo FLORES-Aguilar, and three (3) other Mexican Nationals had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States (Southern District of Texas) by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Special Agent, U.S. Immigration & Customs Enforcement** and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

**Stacey M. Owens**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 15, 2014**                          at          **Laredo, Texas**
Date                                                                    City and State

**Diana Song Quiroga**
U.S. Magistrate Judge

Name and Title of Judicial Officer                                    Signature of Judicial Officer

United States of America                                                                                   Page 2

vs

**BRENDA ELIZA FLORES**

[CONT OF BASIS OF COMPLAINT]

On September 11, 2014, Border Patrol Agents from Zapata Border Patrol Station, Texas observed through Closed Circuit Television (CCTV) what appeared to be peeople walking through Dolores creek Zapata County, Texas. BPAs from Zapata, Texas contacted BPAs from Laredo South Border Patrol Station, Texas and informed them of the situation. BPAs setup surveilance at the Texas State Highway (SH) 83 for upcoming vehicle traffic. Border Patrol Radio Dispatch informaed BPAs that they received a call from a citizen indicating peolple were running out of the brush area on SH83 near Dolores Creek and getting into a red Ford F-150. BPAs reponded to the area and observed a red Ford F-150 bearing Texas license plate DHJ-0755 driving north bound on SH83. BPAs drove next to the F-150 and observed multiple people lying down in the bed of the truck.

At that time BPAs initiated a vehicle stop. BPAs approached the driver and conducted an immigration inspection of all occupants. The immigration inspection revealed that from the six occupants of the F-150, five were undocumented aliens and that the driver was a United States Citizen named Brenda Eliza FLORES. All subjects were transported to Laredo South Border Patrol (BP) Station for further proceesing.

At the BP Station, Brenda Eliza FLORES was read her Miranda rights which she waived and was interviewed by a HSI Special Agent and a Border Patrol Agent.

Flores indicated to the Agents that she was offered by a subject known as Luis "Borrado" Last Name Unknown (LNU) one hundred and fifty ($150.00) dollars for every undocumented alien she tranported to HEB Supermarket located on Zapata Highway in Laredo, Texas. FLORES stated "Borrado" was giving her directions on the phone of where to pick up the undocumented aliens. FLORES also stated she have transported undolcumented aliens on four prior ocassions.

Undocumented aliens Rafael MOLINA-Pedregal and Arturo FLORES-Aguilar positively identified FLORES as the driver of the red Ford F-150. MOLINA-Pedregal and FLORES-Aguilar will be held as material witnesses in this case.